BFSNG Law Group LLP
Attorneys for Plaintiff
6851 Jericho Turnpike, Suite 250
Syosset, New York 11791
Telephone: (516) 747-1136
Mark E. Cohen, Esq.
mcohen@bfslawfirm.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re: Case No. 8-26-70573-las

Paul Hamilton Fried, Chapter 7

Debtor.
------------------------------------------------------------X
Michael Polacco, Adv. Pro. No. 8-26-08072-las

Plaintiff,

-against-

Paul Hamilton Fried**,**

Defendant.
----------------------------------------------------------------X

**MOTION FOR**
**<u>DEFAULT JUDGMENT</u>**

**PLEASE TAKE NOTICE** that Michael Polacco ("Plaintiff"), the plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), by his attorneys, BFSNG Law Group LLP, will move this Court (the "Motion") before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, upon the Declaration of Mark E. Cohen, of counsel to the BFSNG Law Group LLP, pursuant to 28 U.S.C. §1746, and the exhibits thereto, for entry of a Default Judgment against Paul Hamilton Fried ("Defendant"), the debtor in the above-captioned Chapter 7 case and the defendant in the Adversary Proceeding, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7055 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

E.D.N.Y. LBR 7055-1, on all four causes of action in Plaintiff's Complaint which was filed with this Court on July 13, 2026 (the "Complaint"), as follows: (a) on the first cause of action, pursuant to 11 U.S.C. § 523(a)(2)(A) declaring that the debt owed by Defendant to Plaintiff is excepted from discharge; (b) on the second cause of action, pursuant to 11 U.S.C. § 523(a)(4) declaring that the debt owed by Defendant to Plaintiff is excepted from discharge; (c) on the third cause of action, pursuant to 11 U.S.C. § 523(a)(6) declaring that the debt owed by Defendant to Plaintiff is excepted from discharge; and (d) on the fourth cause of action[1], declaring that Defendant is not entitled to a discharge pursuant to 11 U.S.C. § 727(a)(4)(D), together with such other and further relief as this Court deems just and proper.

Dated: Syosset, New York
October 1, 2026

BFSNG Law Group LLP
Attorneys for Plaintiff

By: *<u>/s/ Mark E. Cohen, Esq.</u>*
Mark E. Cohen, Esq.
6851 Jericho Turnpike, Suite 250
Syosset, NY 11791
(516) 747-1135
mcohen@bfslawfirm.com

[1] In the Complaint, the Fourth Cause of Action is mistitled as the Third Cause of Action.